UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) CAUSE NO. 1:21-cr-00118-TWP-DML ) |
| ARTHUR MILES, | ) ) |
| Defendant. | ) ) |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Peter A. Blackett, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: /s/ Peter A. Blackett
    Peter A. Blackett
    Assistant United States Attorney